## IN THE UNITED STATES DISCTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

Sonys Chavez, Nicolas Baez Reyes,
Aurora Olivares and Kenia Mas Garcia,

           Plaintiff,

v.

Wolfpack Workforce, LLC.,

           Defendants,

Case NO. 5:23-cv-766

Honorable Xavier Rodriguez

### Agreed Judgment Order

**THIS MATTER** coming before the Court,  Plaintiffs  Sonys Chavez, Nicolas Baez Reyes,

Aurora Olivares and Kenia Mas Garcia having entered into Settlement and Release Agreements

with Defendant Wolfpack Workforce LLC on or about September 26, 2024, but Defendant having

failed to remit timely payment under the Settlement Agreements, the Parties agreeing that a

judgment order is appropriate for entry, due notice having been served, and the Court being

advised, IT IS HEREBY ORDERED:.

1. Judgment is entered in favor of the Plaintiffs  Sonys Chavez, Nicolas Baez Reyes,

   Aurora Olivares and Kenia Mas Garcia, and against Defendant Wolfpack Workforce,

   LLC, jointly and severally, in the amount of **$10,500.00**.

2. The Clerk is directed to close this case.

Dated: March 26, 2025

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE